**JOSEPH A. VITA**
**ATTORNEY AT LAW**
327 Irving Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-690-2007

July 13, 2007

Fax to 914-390-4085
& First Class mail

**MEMO ENDORSED**

Honorable Charles L. Brieant
United States District Court Judge
United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. David Elyaho, et al; 07 Cr. 543 (CLB)

Dear Judge Brieant:

I represent David Elyaho. He is currently released on a $50,000 personal appearance bond secured by $50,000 posted with the Court.

David Elyaho, is seeking permission from the Court to travel within New York State outside of the Southern and Eastern District for a day trip on 7/21/07. He wants to visit his daughter who is attending a summer camp near Lake George at 429 Trout Lake Road, Diamond Point, New York 12824. The Government, by AUSA Cynthia Dunne, Esq. has consented to this application. I am requesting the Court's permission by indorsement of this letter and return fax to allow this one day travel. Thank you for your attention to this request.

Yours truly,

*[signed] Joseph A Vita*

Joseph A. Vita

cc:   Via fax to AUSA Cynthia Dunne, Esq.
      at 993-1980

*[Handwritten annotation on left margin: Application Granted SO ORDERED Charles Brieant July 16, 2007]*

SO ORDERED
*[signed]*
Hon. Charles L. Brieant