UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

UNITED STATES OF AMERICA,

    -against-                                     NOTICE OF OMNIBUS MOTION

YEHEZKEL ELIA AND DAVID ELYAHO,     07 Cr. 543 (CLB)

                Defendants.

-----------------------------------x

S I R :

    PLEASE TAKE NOTICE, that upon the annexed affirmation of JOSEPH A. VITA, ESQ., and all prior proceedings heretofore had herein, the undersigned will move this Court before the Honorable Charles L. Brieant, Chief United States District Judge for the Southern District of New York, presiding at the United States Courthouse located at 300 Quarropas Street, White Plains, New York 10601, at a date and time to be set by the Court, for an ORDER granting the following relief:

    1.   Dismissing count 1 of the indictment upon the grounds of improper duplicity in accordance with Fed. R. Crim. P. 12(b)(3)(B).

    2.   Severing the counts in which David Elyaho is solely named from the rest of the indictment due to misjoinder, Fed. R. Crim. P. 8(b).

    3.   Severing the case of DAVID ELYAHO from that of co-

1

defendant, YEHEZKEL ELIA due to prejudicial joinder, Fed. R. Crim. P. 14.

4.  Directing the Government to make early disclosure of a witness list, its case-in-chief exhibits, witness statements and impeachment materials, and Rule 404(b) evidence, if any.

5.  Adopting co-defendant's motions to the extent applicable to defendant and reservation of right to make additional motions; and granting such other and further relief as the Court may deem just and appropriate.

Dated:    January 9, 2008

                              Respectfully Submitted,


_____
                              Joseph A. Vita, Esq.
                              Attorney for DAVID ELYAHO
                              327 Irving Avenue
                              Port Chester, New York 10573
                              914-939-5401

To:  CLERK OF THE COURT
     UNITED STATES DISTRICT COURT
     300 QUARROPAS STREET
     WHITE PLAINS, NEW YORK 10601

     HONORABLE CHARLES L. BRIEANT
     CHIEF UNITED STATES DISTRICT JUDGE
     UNITED STATES COURTHOUSE
     300 QUARROPAS STREET
     WHITE PLAINS, NEW YORK 10601

     HONORABLE MICHAEL GARCIA
     UNITED STATES ATTORNEY
     SOUTHERN DISTRICT OF NEW YORK
     CYNTHIA K. DUNNE, ESQ.

```
ASSISTANT UNITED STATES ATTORNEY
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601


JARED J. SCHARF, ESQ.
ATTORNEY FOR YEHEZKEL ELIA
1025 WESTCHESTER AVE.; SUITE 305
WHITE PLAINS, NEW YORK 10604
```