Pizza Mania

| | Sept | Oct | Nov | Dec | Jan-03 | Feb | Mar |
|---|---|---|---|---|---|---|---|
| 1 | 1300 | 1085 | 1045 | 1150 | 640 | 1467 | 1852 |
| 2 | 1681 | 1400 | 1644 | 760 | 1104 | 1115 | 920 |
| 3 | 1884 | 1130 | 1760 | 734 | 914 | 830 | 606 |
| 4 | 1885 | 1263 | 864 | 1018 | 1600 | 470 | 666 |
| 5 | 1030 | 3820 | 1005 | 340 | 1140 | 670 | 180 |
| 6 | 1570 | 1680 | 1084 | 1125 | 1790 | 750 | 890 |
| 7 | 2261 | 1011 | 679 | 2090 | 2151 | 705 | 1015 |
| 8 | 1675 | 1070 | 1920 | 1810 | 733 | 1652 | 1591 |
| 9 | 1077 | 1275 | | 1040 | 885 | 962 | 810 |
| 10 | 944 | 854 | 1444 | 1065 | 955 | 615 | 560 |
| 11 | 910 | 785 | | 1045 | 1040 | 682 | 676 |
| 12 | 860 | 1685 | | 1535 | 740 | 855 | 850 |
| 13 | 1452 | 1770 | 983 | 1399 | 575 | 990 | 580 |
| 14 | 2281 | 2070 | 905 | 2360 | 550 | 1163 | 1244 |
| 15 | 1250 | 814 | 1366 | 2187 | 843 | 1530 | 3890 |
| 16 | 1086 | 655 | 1387 | 1378 | 560 | 840 | 2010 |
| 17 | 1135 | 1065 | 1820 | 1461 | 444 | | 1087 |
| 18 | 1280 | 1429 | 678 | 1910 | 1248 | 665 | 760 |
| 19 | 1044 | 1798 | 1180 | 2050 | 886 | 872 | 840 |
| 20 | 1480 | 1530 | 1143 | 3131 | 810 | 912 | 470 |
| 21 | 2301 | 1030 | 980 | 2154 | 512 | 189 | 1981 |
| 22 | 1788 | 937 | 1045 | 3018 | 590 | 1070 | 2450 |
| 23 | 1062 | 877 | 1570 | 3011 | 835 | 1030 | 1280 |
| 24 | | 985 | 1311 | 2274 | 604 | 967 | 1019 |
| 25 | 2345 | 1008 | 1065 | Christmas | 1332 | 610 | 870 |
| 26 | | 1719 | 1063 | 1395 | 585 | 689 | 876 |
| 27 | | 1716 | 1060 | 1753 | 350 | 630 | 953 |
| 28 | 2310 | 964 | 1032 | 2300 | 419 | 1041 | 1304 |
| 29 | 1375 | 1040 | 1927 | 1486 | 637 | | |
| 30 | 1003 | | 2111 | 1632 | 636 | 848 | 940 |
| 31 | 1055 | 1030 | | 1175 | 937 | | 781 |
| | 42,528 | 38,610 | 36,455 | 48,170 | 24,448 | | 35,708 |