UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

      v.                                07 Cr. 543 (CLB)

YEHEZKEL ELIA and
DAVID ELYAHO

              Defendants.          **AFFIDAVIT OF**
                                          **JAY GENUTH**

-------------------------------------------------------x

STATE OF NEW YORK         )
COUNTY OF WESTCHESTER    )
SOUTHERN DISTRICT OF NEW YORK  ) ss:

      Jay Genuth, under penalties of perjury, deposes and states as follows:

1. I am a certified public accountant and am employed by Bernard Katz & Co., CPA, P.C. in Eastchester, New York. I make this Affidavit in further support of defendant Elia's motion to suppress evidence.

2. As part of the discovery material provided by the government, we possess a copy of a Fax cover sheet from Special Agent Eis to Ms. Laura Carnero of Schwab, dated 10/31/03, requesting copies of the deposited items. Attached to the Fax cover sheet are 16 pages from Schwab monthly statements. The Schwab account is titled "Samyr Elia, Sneakermania Inc, Attn: Yehezkel Elia". Samyr Elia is Yehezkel Elia's brother and resides outside of the United States. Attached hereto as Exhibit A is a copy of the Fax cover sheet and the first page of the 16 page attachment. Apparently, Mr. Eis already possessed the Schwab statements as of October 31, 2003.

3. As part of the discovery material provided by the government, we found a copy of Ms. Carnero's December 11, 2003 response, attached hereto as Exhibit B, together with the copies of the requested deposited items. I compared these deposited items to the statements and determined that there were <u>no cash</u> deposits. Apparently, Mr. Eis was aware in December, 2003 (two months before the date of his affidavit in support of the search warrant) that <u>no cash</u> was deposited to the account. These documents absolutely contradict the allegations attributed to the C.I. in paragraph 13 of Mr. Eis' affidavit in support of the search warrant, that "...much of the cash went towards Elia's personal use. For example, according to the CI, Elia held a brokerage account at Charles Schwab that was in the name of a brother, Samyr Elia, but over which Elia is the signator."

4. Attached hereto as Exhibit C, is a summary prepared by me, of the deposits to the Schwab account. All deposits are accounted for; <u>no cash</u> was deposited.

5. In connection with my work for Mr. Elia and his sneaker and clothing companies, records of purchases were obtained from certain vendors. I prepared the attached Exhibit D, which is a comparison of the accounts payable records prepared by the CI (paragraph 19 of the Eis affidavit) to the purchase records provided by the vendors. Exhibit D shows that there were 39% more purchases than were recorded in the CI's records. It is apparent that significant purchases were omitted from the CI's records, which Mr. Eis accepted as complete, without any apparent attempted verification by him. I had no difficulty obtaining the vendor records acquired thus far. We are in the process of acquiring records from additional vendors, which we believe will establish significant additional purchases omitted from the CI's records.

6. In late July, 2007, I attended a meeting at the United States Attorney's Office

to inspect government discovery. While I was inspecting the discovery, Special Agent

Longo was informed that income from Dynasty was reported on the income tax returns of

Sneakermania. Special Agent Longo informed us that he was aware of that fact.

Jay Genuth

Sworn to before me this 7th
day of February, 2008

Notary Public

Kenneth A. Katz
Notary Public State of New York
No. 02KA6003496
Qualified in Westchester County
Commission Expires 3/9/20/0

# Exhibit A



## CRIMINAL INVESTIGATION
### NEW YORK FIELD OFFICE

210 East Post Road
White Plains, NY 10601
GROUP 1304
FAX Number: 914 684-7183

Date: 10/31/03          Number of Pages(Including Cover)  17

Destination: Charles Schwab- 415-636-5263

To:          Laura Carnero

From:        Herbert Eis Special Agent

Telephone Number: 914 684-7200

Remarks:
        Enclosed are the statements which reflect the "Funds Received "
transactions.
        Please obtain copies of the deposited items for these transactions.

The information contained in this facsimile message and any and all accompanying
documents, constitute confidential information. This information is the property of the
U.S. Government. If you are not the intended recipient of this information, any disclosure,
copying, distribution, or taking of any action in reliance on this information is strictly
prohibited. If you received this information in error, please notify us immediately by
telephone at the above number and destroy the information.

1/7/04— Left VM— No Response to Fax Request,

6653

# Charles Schwab                    Statement

| SCHWAB ONE ACCOUNT |
|---|

| ACCOUNT NUMBER | PERIOD COVERED | LAST STATEMENT | PAGE |
|---|---|---|---|
| WP  2311-9869 | JUL  1 - JUL 31 2000 | | 1 |

| TITLE OF ACCOUNT | OFFICE SERVING YOUR ACCOUNT |
|---|---|

SAMYR ELIA
  SNEAKER MANIA INC.
6 XAVIER DR..
ATT: YEHEZKEL ELIA
YONKERS NY  10704

50 MAIN STREET, STE 274
WHITE PLAINS, NY
**MAIL TO:  PO BOX 628291
  ORLANDO, FL 32862

*** FOR QUESTIONS ABOUT THIS STATEMENT:  CALL 1-800-435-4000   *** ACCOUNT OPENED IN: 2000

| STATUS OF KEY VALUES AS OF JUL 31 2000 | |
|---|---|
| Investments Owned | $128,001.94 |
|   Net Portfolio Value | $128,001.94 |
| Ending Cash Balance | $87,478.27 |
|   TOTAL ACCOUNT VALUE | $215,480.21 |
| Checkwriting or VISA Limit | $87,478.27 |

| ACCOUNT TRANSACTION SUMMARY | |
|---|---|
| OPENING CASH BALANCE | $.00 |
| Investment Income | $150.74 |
| Funds Received | $19,961.00 |
| Other Credits | $67,493.66 |
|   Total Credits | $87,605.40 |
| Other Debits | ($127.13) |
|   Total Debits | ($127.13) |
| ENDING CASH BALANCE | $87,478.27 |

| INVESTMENT INCOME SUMMARY | | |
|---|---|---|
| SOURCE OF INCOME | CURRENT PERIOD | YEAR TO DATE |
| FEDERALLY TAXABLE | | |
| Credit Interest Earned | $150.74 | $150.74 |

| RATE SUMMARY AS OF 07/31 | |
|---|---|
| TEF Yield* | 3.59% |
| STF Yield* | 5.38% |
| Schwab 1 Yield | 5.56% |
| Margin Loan Rate | 9.25% |
|   | to 10.75% |

* 7 Day Annualized Yield.
Please see reverse for
more information.

| PORTFOLIO POSITION DETAIL | | | | | | |
|---|---|---|---|---|---|---|
| CATEGORY | S T | LONG/ SHORT | QUOTE SYMBOL | QUANTITY | INVESTMENT DESCRIPTION | LATEST PRICE | MARKET VALUE |
| STOCKS | C | Long | AOL | 600 | AMERICA ONLINE INC DEL | 53.3125 | $31,987.50 |
| | C | Long | IBM | 500 | INTL BUSINESS MACHINES | 112.4375 | $56,218.75 |
| | C | Long | MSFT | 500 | MICROSOFT CORP | 69.8125 | $34,906.25 |
| | C | Long | TCPI | 7450 | TECHNICAL CHEM & PRDCTS | .6563 | $4,889.44 |
| Net Portfolio Value | | | | | $128,001.94 | |

| ACCOUNT TRANSACTION DETAIL | | | | | |
|---|---|---|---|---|---|
| DATE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
| ***** | | | Opening Cash Balance | | $.00 |
| 07/06 | Funds Received | | FUNDS RECEIVED * | | $18,611.00 |
| 07/06 | Funds Received | | FUNDS RECEIVED | | $1,350.00 |
| 07/07 | Billing Invoice | | INVOICE 03166609 PAID | | ($100.00) |
| 07/19 | Account Transfer | | TOA ACAT    0226 | | $67,493.66 |
| 07/19 | Account Transfer | 600 | AMERICA ONLINE INC DEL | | |
| 07/19 | Account Transfer | 500 | INTL BUSINESS MACHINES | | |
| 07/19 | Account Transfer | 500 | MICROSOFT CORP | | |

* * *  CONTINUED ON NEXT PAGE  * * *

6654

# Exhibit B

Office of Corporate Counsel
101 Montgomery Street  San Francisco  CA 94104
tel (415) 667 3232  fax (415) 636 5263

*charles* SCHWAB

December 11, 2003

**VIA UPS**
SPECIAL AGENT HERBERT EIS
DEPARTMENT OF TREASURY — CI
NY FIELD OFFICE, GROUP 1304
210 EAST POST ROAD
WHITE PLAINS, NY 10601

Re:     *Subpoena / Sneaker Mania, Inc. & Samyr Elia*
        *Charles Schwab Acct. 2311-9869*

Dear Agent Eis:

Pursuant to the above matter enclosed are check copies for the above referenced account.  Please note that this completes the production for these records.

Please feel free to contact me at  (415) 636-3077 with any questions.

Sincerely,

*Laura Carnero*

Third Party Actions
Office of Corporate Counsel

6599

# Exhibit C

Yehezkel Elia
**Attorney Work Product**

File Name: Schwab-2311-9869-2000-2003
Account # WP-2311-9869
Samyr, Elia
Sneaker Mania Inc
6 Xavier Dr Yonkers, NY 10704- ATTN: Yehezkel Elia

**Missing Info - Account signature/application cards**

| | | | | | Per Discovery Documents - In IRS Possession Prior to Subpoena | |
|---|---|---|---|---|---|---|
| | | Per IRS Worksheet | | | | |
| Date | Transaction | Description | | Amount Deposited | Payor | Bates # |
| 7/6/2000 | Open account | | | | | |
| 7/6/2000 | Funds received | unknown source | $ | 18,611.00 | David Gladstone Attorney | 6625 |
| 7/6/2000 | Funds received | unknown source | $ | 1,350.00 | Lloyd Funding | 6619 |
| 7/19/2000 | Account transfer -from? | TOA ACAT 0226 | $ | 67,493.66 | fidelity acct 107-707533 | 6683 |
| 8/4/2000 | Account transfer -from? | TOA ACAY 0226 | $ | 158.64 | | |
| 9/5/2000 | Funds received | Wired Funds received | $ | 15,542.00 | | |
| 9/7/2000 | Funds received | Funds received | $ | 1,350.00 | Lloyd Funding | 7059 |
| 9/7/2000 | Funds received | Funds received | $ | 1,350.00 | Lloyd Funding | 7060 |
| 9/7/2000 | Account transfer | TOA ACAT 0226 | $ | 0.02 | | |
| 9/7/2000 | Funds received | Travelers check received | $ | 50.00 | | |
| 9/7/2000 | Funds received | Travelers check received | $ | 100.00 | | |
| 10/11/2000 | Funds received | Cashiers check | $ | 10,000.00 | Ravit Phillips (Citibank official ck) | 6616 |
| 10/11/2000 | Funds received | Funds received | $ | 1,350.00 | Lloyd Funding | 6615 |
| 10/11/2000 | Funds received | Funds received | $ | 3,818.23 | Samyr Elia fidelity | 6614 |
| 10/11/2000 | Returned Deposit | RET CK ACCT closed | $ | (3,818.23) | | |
| 10/20/2000 | Account transfer | TOA ACAT 0026 | $ | 3,818.23 | | |
| 11/3/2000 | Account transfer | to ACAT 0226 | $ | 10.00 | | |
| | | | | $121,183.60 | | |

Yehezkel Elia
**Attorney Work Product**

File Name: Schwab-2311-9869-2000-2003
Account # WP-2311-9869
Samyr, Elia
Sneaker Mania Inc
6 Xavier Dr Yonkers, NY 10704- ATTN: Yehezkel Elia

**Missing Info - Account signature/application cards**

| | | | | | |
|---|---|---|---|---|---|
| | | **Account Analysis** | | **Per Discovery Documents - In IRS Possession Prior to Subpoena** | |
| Date | Transaction | Description | Amount Deposited | Payor | Bates # |
| 1/18/2001 | Funds received | | $ 1,350.00 | Lloyd Funding | 7063 |
| 1/18/2001 | Funds received | | $ 1,350.00 | Lloyd Funding | 6617 |
| 1/18/2001 | Funds received | | $ 1,350.00 | Lloyd Funding | 6618 |
| 4/6/2001 | Funds received | Funds received | $ 1,000.00 | Rachel/Joseph Pinkas | 6612 |
| 4/6/2001 | Funds received | Funds received | $ 1,350.00 | Lloyd Funding | |
| 5/10/2001 | Funds received | Funds received | $ 7,532.00 | 38 Orchard St. | 6600 |
| 5/10/2001 | Funds received | Funds received | $ 6,000.00 | Izzy Franco | 6623 |
| 5/10/2001 | Funds received | Funds received | $ 69.00 | James Hull | 6624 |
| 5/10/2001 | Funds received | Travelers check received | $ 100.00 | US travelers check | 6620 |
| 5/10/2001 | Funds received | Travelers check received | $ 100.00 | US travelers check | 6621 |
| 5/10/2001 | Funds received | Travelers check received | $ 100.00 | US travelers check | 6622 |
| 7/19/2001 | Funds received | Cashiers check | $ 10,000.00 | Ravit Phillips (Citibank official ck) | 6611 |
| 12/7/2001 | Funds received | Funds received | $ 15,000.00 | 38 Orchard St. | 6602 |
| 12/7/2001 | Funds received | Funds received | $ 2,000.00 | Rachel/Joseph Pinkas | 6603 |
| 1/18/2002 | Funds received | Govt check | $ 37,000.00 | U.S. Customs - No Doc - BKCO guess | |
| 3/25/2002 | Funds received | Funds received | $ 1,500.00 | All County Contractors (rent 84 Wa | 6605 |
| 3/25/2002 | Funds received | Funds received | $ 1,800.00 | Joseph Pinkas | 6604 |
| 4/2/2002 | Returned Deposit | RET CK Stop pay | $ (1,500.00) | | |
| 6/10/2002 | Funds received | Funds received | $ 300.00 | 32 Cedar Corp | 6607 |
| 6/10/2002 | Funds received | Funds received | $ 2,979.21 | Homeside lending | 6606 |
| 8/15/2002 | Funds received | Funds received | $ 10,000.00 | 32 Cedar Corp | 6609 |
| 8/15/2002 | Funds received | Funds received | $ 2,486.43 | First American Title insurance | 6608 |
| | | | $101,866.60 | | |

Fidelity acct 107-707533 account in the name of Samyr Elia
Year  bates number
6597-6651
6653-6670 H. Eis 10/31/03 request to Charles Schwab for funds received documentation (H. Eis followed up 1/4/04)

6671-6736 Charles Schwab 10/22/03 response to subpoena for account statements and documentation
6737-6740 IRS analysis
2000  6741-6752
2001  6753-6800
2002  6801-6852

# Exhibit D

Yehezkel Elia
Attorney Work Product
Comparison of Lily's Book to Vendor Statements
2002

| Name | Per Lily's Book | Per Vendor | Difference | % Lily's Book Understated Actual Per Vendor Statements |
|------|----------------:|-----------:|-----------:|-----:|
| Adidas | 83,786.11 | 83,646.00 | (140.11) | |
| Clarks | 10,880.61 | 17,270.00 | 6,389.39 | |
| G III | 22,865.86 | 66,268.00 | 43,402.14 | |
| Gold Medal | 1,745.53 | 1,745.00 | (0.53) | |
| Hadad | - | 22,301.00 | 22,301.00 | |
| Jack Schwartz Shoes (Lugz) | 23,994.41 | 24,030.00 | 35.59 | |
| K Swiss | 23.90 | 37,975.00 | 37,951.10 | |
| Majestic | 81,088.35 | 136,087.00 | 54,998.65 | |
| New Balance | 72,251.69 | 72,284.00 | 32.31 | |
| New Era | 66,934.50 | 143,439.00 | 76,504.50 | |
| Nike | 853,083.82 | 1,115,462.00 | 262,378.18 | |
| Nike Team | 153,332.52 | 163,082.00 | 9,749.48 | |
| Onfield | 61,915.72 | 188,349.00 | 126,433.28 | |
| Puma | 52,309.51 | 59,869.00 | 7,559.49 | |
| Reebok | 98,629.60 | 126,596.00 | 27,966.40 | |
| Russel Athletic | - | 22,138.00 | 22,138.00 | |
| Saucony | 11,266.98 | 11,267.00 | 0.02 | |
| Sketchers | 13,648.99 | 21,628.00 | 7,979.01 | |
| Timberland | 311,375.95 | 363,551.00 | 52,175.05 | |
| Totals | 1,919,134.05 | 2,676,987.00 | 757,852.95 | 39% |