Elia, Yehezel
Elyaho, David

On 12/19/05 S/A Longo and Eis met with Jared Scharf, defense attorney for Yehezel Elia, Elia Yehezel, defendant and Cindy Dunn, AUSA. The meeting was requested by Jared Scharf for his client to provide information regarding a tax violation. AUSA Dunn requested that Elia provide his criminal responsibility regarding the tax evaded items prior to listening to Elia's information. During the meeting Elia admitted that he did not report all of his business income from his various businesses in violation of Title 26 USC, 7201 and Title 26 USC 7206(1). Elia also explained in detail, all of his current assets including rental buildings. After explaining how he did not file accurate business and personal returns, Elia provided the following information:

Elia and his brother, David Elyaho, own and operate a small costume jewelry store located in Cross County Shopping Center. Their store purchases its costume jewelry from a business located on Broadway between the 20's and 30's. No specific information was provided however it was all alledged that the store owner was not reporting all of his cash purchases over $10,000, an 8300 Form violation. Elia stated that he was willing to go undercover and make purchases in cash over $10,000 if needed, in exchange for a cooperation letter from the AUSA.

The information provided by Eila was not specific and did not include full names. S/A Longo asked when Elia last purchased over $10,000 worth of jewelry from the vendor and he stated that he never has.

Prior to leaving the meeting Elia signed a Proffer agreement and a copy was retained by S/A Longo.

At the conclusion of the meeting the AUSA and the Agents agreed that the information provided was not considered significant to warrant an investigation for any tax or non tax violation.

12/19/05                Conference Room        3:15pm to 5:00pm

(1)

<u>Jared Scharf</u> — FSQ

Elia, Yekusel, Client/Subject/Witness
SAI Phorguimo N/A
Chrystion David, Assit
Herb Ees, S/A
Patrick Longs, S/A.

<u>Background</u> —
            Came    US — 1973, MAY
            Queens College ←
            Yom Kippur war — back to Ishael  Oct 1973    74    — maes
            6 mths Aft Came back to US from Israel
Soccer → Adelphi University  — scholarship for soccer
            EL AL — Security Agent — Keddof Airport
                                    Diplomatic Visa
                        3 years

<u>Business</u> Maternity Store, Mans Store, with <u>Partner</u>?
(1st) Diaper Service, by the Case
        Partner back Israel Barel — bad
        $250 A month Rent

(2nd Store) — Bronx Store —

    ↓  16 Stores → "Expectations"

    Malls very expensive — Industry fell — Store closed

Store Closed All often                    ②

Then Started in Cross County — electronics store

Seaside Crystal          ——— 3 years ago - "Sports Stop" - Now Sports

                                    Circuit City open

$16,000  Purchase Including        ——— Sneaker MANIA
          Inventory                      Sneaker Store    12-13 years
          Purchase from _____?              Ago

          Land lord took a pass lease out to Elia

Sneaker Store + the Kids & Woman Sneaker Store
Electronics Store Closed ——— became clothing store
Dynasty Clothing was closed did work out

    "Fancy Feet" - Closed not worked out

    "Dynasty Jewelry" Closed not worked out

1/2 Year Ago  Photo Store

        10 year lease below market price — photo
        store sold due to machine breaking

White Plains — Outlet Store
        Cross County stores — the to Outlet Store
Sneaker Outlet to sell Sneakers park at Sneaker MANIA Cross
2 years Ago.



"First Touch" - Aft~~stosh~~ store opportunities
— Kiosk in front of Macy's
— Rhode Island - Land/lord Accomodations
from land lord to RI

David (Both) ⟶ 120 squm feet
— Surviving but market is slow — A little
Profit

"Pizzia MaJia" - Owner — Marox, Landlord - that was
10 to 12 years Ago       his pizzia store. Employee stole
$25,000K to purchase    money. Pizzia Marint 1/2 to
Pay out of proceeds
Close to 2 years to pay off

_____

Money orders

Pay in Advance a money orders
— High turnover
— Purchase orders — limit was $3,000 Postal
money order
⟶ Dynasty        ⟩ Cash a money order.
Firm Touch

Cash Income — Pizzia Cash only
⟶ Credit Cards at all store

<u>Business Last 2 years</u>

All Cash's deposited ⟶
Cash to many orders ⟶
Salary in Cash

Actual — 2003, 2004, 2005,
        Directed by Elia to managers daily she

<u>Daily Cash pickup</u>
        Cash paid to Elia Salary + Cash many actr.
        100,000 to 140,000 in Salary for year.
2002 - $50,000, Heri told Accountant $80,000

"<u>Center for Safety</u>"
Driving school — Payroll Company $50,000 - $52,000 Salary
        Regulated by DMV — No more Income.
        ⟶ Small Accountant Payroll
        file - 1099 Not filed
        ⟶ $14,000 ems — $250,000
                        <u>Note from seller - 5 years</u>

2002 — Splash Marina + Pizzeria Income Not Reported.

Cash — Pizzeria Mania + Splash Mar
        2000,        (2002) 2003 Not file
                        2004 Not file
Feb 2004 = to Present All is Accounted for.

<u>Steady MANIA</u> → <u>Corp</u>

After search warrant - more checks than money orders.

David - hardly finished highschool
         - married — Not Approved wife
David & Elia — Agreeded to split profits with david
              After expenses.
              40,000
              50,000

<u>Pizzia MANIA</u> — W-2 Wages — David - Payroll
                    — Cash - from First Torch
                    $10,000 → 2000, 2001, 2002  20,000 -
                         10,000②
An employee First Torch → 10,000①
No employee Pizzia MANIA ②
                    No Steakmania
<u>Elia</u> — 2001    driving school & Pizzia MANIA    | 99 - 2000
       2002 - No Steakmania                          | No Steakmania

Elia Wife was working at driving school.

1999 — 2002 - No W-2 · Steakmania
         2003 - W-2 - April 15, 2004 = W-2 Steakmania

Accountant — <u>Steakmania</u> — No Money orders
                            — No Cash Daily Cash
                            — No Cash Payroll —
Elia - "Mistake by Accountant" - not supplied by
Elia to accountant

Elia - told Accountant - pizzia mania -
Union School -

Gross Sales - Accountant -
Cost of Good Sold - Accountant
Salary - Elia - supplied by Elia

Physical Educatn - major is College.

Assets - in other peoples names
— Sammys Accout — mothers money -
— Sammy Represente moms money
12 years Ago = help Samii Set up
Accout, Power of Attorney — Deposit & withdrawl
                                        money -

Loans from famly — Loans in cash
            Mother - gave to famly members to
            Heri → $100,000. estimate
    Schwab accout - Stock purchase
    Fidelity Account -
    Slomo Rasabi - 1/2 million dollars.
    Dr Gladman
Sammy  4 Times Since

            — Money From Israel —

Elia    Noticed money was not on Return & said nothing

Property — White Plans 1999 ——— 94 Handvg —
84 Walla 50% own
2 propates 215 Battle Ave 100

50%  1/2 Bertz? Istate — 38 Orchard Street, NY, NY
moshe ⟨scribbled⟩ → YASSObof
moshem

Given to Wife As Divorce Agreent — 215 Battle Ave $800,00
200,00
mort
95 Handvg Ave?
— 800,000?
Financial Statment —                        260-270 K mort

84 Walla —
200k — fredws owns
Igal Joseph — Isnael — 95 Harting 50% owns
Walla ✓

Saved through th years —

32 Cedar Corp — Knows Sammy
(Last 2 years)    800 A month → checks
Pasonl Account —

Rounded Information

(Jewelry) — Custom Jewelry + Accessories
                              Belt, hat, toys

10 Black Radius — Cash only business
           — Volume discounts

<u>Daily Sales</u> — Retail + wholesale.

① Broadway — 2 Floors — Earing Plaza
                    13-14 employee's
                    4 Girls Cashiers + 1 Manager
                    Store Receipt + Volume discounts on Receipt
                    Credit Cards —
   $500 — $500 A typical purchase

② 20 + 30's + Broadway — — Street Vendors
                         — Hand Written Receipts

        ● David does most of Sales

Nov $10,000 → Never purchased Over $10,000 from
"Earing Plaza"

Davids Attorney(Lana Oppenhiem ,57, ?

Rasabi - Lyodd Fwding -
       Structing deposts — into Samine -Heci Brothrs,  [Elia]

12/19/05

1973 - Queens College - 4 yr. was putting a
work - Abdan time - Scholarship
Security at Airport

STARTED Maternity Store Queens
with Partner ISRAEL TARFEL - he went
back to ISRAEL

Opened Second Store in Bronx
15 STORES - Expectations
Closed all Stores change a market
In mall opened Electronic Store
changed to Clothing Store
Bought Sneaker store in Cross County
Mall Cost $75,000 in Closing inventory

changed on Family room

Few years ago took over Photo Store
From mall Operator.
Sold Photo Store

Opened Outlet in White-Plains
to sell excess Merchandise
moved 2 years ago
Part of Sneaker mania
Dynasty was Part of this Corp.

Spoh Stop replaced Cross Country Mall
Separate cell?

Final Touch still while Exportation
was still operating " good deal from
Manufacturer. Custom Jewelry

PIZZA Store with help? owner ?
Mall - Mr. Mark paid go from proceeds
sent checks with Proceeds

STARTED with money orders because the
Suppliers were not willing give him
a line of credit

Till two year ago
Told Acct w took Salary in
cash

MArch 6, 2006

Prata            11:00Am to
Kick off

Tohad Schaaff
Flia, subject
SA1 Resigned
A1 Retabrees.

Costure Jewlery — Lonie Veture — Fola ⁸30 sold fn⁸60

Cortrot Number ←

① 1225 BroadWAY / Botoral 29 - 30⁻ street (400sq feet)
All Floors                                          500 to 1000 Bags
        — live going into building
        — Peddler + forerian
        — Elevator (waiting)
        — Tosh stairs

    4⁻ Floor
    6 5⁻ Floor — Room 512 5⁻ Floor — 2 Kids 6vy + 6in
                    Buy machudise
                    Sent UPS if wanted
        Per card → All Brods
Wallace — 347 — 387 — 1525
        All Kind of Ladies bags — scanoes — shoes
            Wallet — Hats + more
            Whole Sale + Retail

1225 BroadWAY 7th Flan — Sale build          source of Bad store
the shoes          Dejlo — 917 —          ① — Zarious Bakery
Tobulard                   Sou 3444              Employee
        Cutsnot Person              ② Girl at Driving school

## Chinatown

Ties + hats in front of 347
**347** Canal Street — 2nd Floor —

mural hat there was a dor
Door upstairs — Fake Goods → Men + Lady

hats        → Showroom
Louis Vuitton Bags

People in street with Catalogs —

Distribution 321 Washington street
Center    Hoboken, NJ — Thailand
6/2005              Nikes shoes

Place in China that makes the items—

WWW.CNXZ.CN China shoes

Guangzhou General Trading Company
Alex Zhang
1201-327-5432
201-321-5432

www.general trading cn.com    — 321 washington street
Hoboken, NJ

Lucky Nike Trading CO. Ltd.

③

Fake Jewelry

1182 Broadway, NY, NY

Silver Ive.
28 + 29 Start
No Name,

Gucci Jewelry
Silon
Costume Jewelry —
Playboy Keychot
212.532-4306
fax 212 689-2729

9/18/06

10:30 Am - 10:40 Fire drill

11:00 am

Cindy Davis              Janked street

Al Achels                                  Accountant

Jed Mascyinino                          accountant

Greg Polone

Amia Nia

½ Company          8:30 am Packet to Flp - Felony

Too may odrs

Nike - Stopped

Payroll Scheme — Stolen money —

Payroll Services — 941 Generated

Fraudulent 941 - Gives Emplyee

Form 8300

Address -

Timberland

Plus - Payments with Cover sheet
              money odrs - Receipt", Scale of Payment
          list of Future
      no - money odrs
      Check

Nike - Copy of money odrs
          No Pay in 30 days   Nike stops shipping
  Call if problem Arrives

②

Nike ~~topped~~ today many agendas. Kmart ~~store~~ <u>Lord</u>

<u>Nike</u> - out of had many adns -

① <u>Nike</u> →

② <u>Jay Geduth</u> - Auditor

<u>Fraud detective Program</u> -

Bernard Katz - Account

12/19/05          9 um                    Jared
                                          Saul
5/1973                          Longo , Herb Esse
Queens College - left for war
to Israel til aft war  ( 10/73  -  3/74 )
1974
soccer - Adelphi scholarship

#1 18 Air    -  security @ airport

Business 4 ptr → Israel Barell
Maternity Store Queens 4 diaper service
Bronx store
18 Stores  "Expectations"
Closed stores

Cross County -    Maternity to Electronics
                          closed

2-13 Yap   Sneaker Store purchased for $15K
           took over Lease
                     Sneaker Mania - Cross County

Kids + Women's Sneaker Store - Dynasty (clothing)
. _                                      Jewelry
Photo Store - sold store

White Plains Outlet → Sneaker Outlet / mania
           mored 2 yrs.                  Corp

sep corp. Sports Stop → in Cross County

Final Touch → opened when sam maternity stop
costume jewelry ,   64428   weight

put David to work there

Pizza ➤

    paid owner from proceeds

    took 1-2 yrs. to pay for store

                 20 - 25 K ?

payments in advance or $ orders

Jewelry- cash industry of accessories

cash, $ order;  COD

Cash income from all businesses

took cash

    deposited

    used to purchase $ orders

told accountant, salary in cash

$100 - 130K per year salary

one yr acct'ant put $50K as income - 2002

Center for Safety Driving School $50K

No accounting to support income told to

    accountant — selected a #

Cash for Sneaker Mania + Final Touch

64429

2004-05

mom pay mnvc b/p check

all $ now deposited

extra $ went to stores

Never told acctant about
  David's book income

Sneaker - 4 stores

cash business
split profits

Pizza Store W-2 to David, so he could
  get health insurance for family

No income from Sneakerville for Eliz  1999-2002
                                    on tax returns

Wife on diving school payroll

Cash wages would 've created W-2

told accountant $100k-130 total income

gave accountant bank statements for returns

$ orders from cash

not told to accountant

just gave him a # for Cash salaries
Noticed that no Cash income reported, said
nothing - Thought might not be caught
<u>Financial Statements</u> - Gross Receipts, etc
        Came from his own head (accountant)
        Salary figure Came from Elia

    sent to suppliers to get 4/c/redit

    need to show profit per Elia


<u>Samy's</u> #
        Came in with ~~family~~ #
                cash

12 yrs. ago
went to Fidelity
he opened account - poa                    Schlomo
over years, took "loans"
                                           Samy
been to USA. about 4 x
                                           Joel
                                           Joseph
                                           Cavrow
                                           in
                                           Israel
owned Property    - 2 White Plains
                    215 Battle Ave.
cash saved         95 Harding Ave
thru years          84 Waller Ave (50%) - 590
                    1/2 interest in  38 Orchard
                                        St.
                                        NY City

215 Battle - $800K 200mtg
95 Harding Ave. 800K 200 mtg    50% owned by Moshe
                                   Yassobof
            Financial Statement
                    64431

32 Cedar Corp
       photographer friend
       Srinys knows him well

       500/mo to run property

       deposited checks into account

Cooperate

Accessory Business - (Cedar Business)

5 Block Radius
Location on Broadway - [Earning Plaza]
2 floors
13-19 employees
receipt w/ store name
retail wholesalers
take credit cards
cash gets picked up by mgr.
no cash registers
handwritten receipts

10-15 vendors
* order carry
* COD # order on large deliveries

0-30K daily @ 2 locations

manager
Dawid now does sales

owner not there

adding machine receipt from other

12/19/05          Conference Room      3:15pm to 5:00pm

①

Jared Scharf — ESQ

Elia Yekuel, Client/Subject/Witness
SAI Presgurmo M/A
Chrystha Davd, Aust
Herb Ess, S/A
Patrick Longs, S/A.

Background —
        Came   US — 1973, MAY
        Queens College   ←
        Yon Kippur war - back to Israel  Oct 1973   — macs  74
        6 mths Aft came back to US from Israel
Soccer → Adelphi University  - scholarship for soccer
        EL AL — Security Agent - Keddof Airport
                          Diplomatic VISA
                3 years

Business Maternity Store, man store, with Partner?
① Diaper Service, by the case
        Partner back Israel Bank - bad
        $200 A mnth Rent

( 2nd Store ) — Bronx Store —

        ↓ 15 Stores → "Expectations"

        Malls very expensive - Industry fell - store closed

Store Closeds All offw                          ②

Then Started in Cross County - electronics store
Second Capital        — 3 years Ago — "Sports Stop" — Now scent
                                        Circuit City open

$15,000  Purchase Including
         Inventory     — sneaker mania
                          sneaker store  12-13 years
         Purchase from _____?              Ago
              Land lord took a pass lease over to Elia

Sneaker store + then Kids + Woman sneaker store
  Electronics store Closed — became Clothing store
, Dynasty Clothing  was closed did work out

    "Fancy Feet" — Closed not worked out

    "Dynasty Jewlery" closed not worked out

(½ year Ago) Photo store
         10 year lease below market price — photo
              store sold due to machine breaking

White Plains — Outlet store
         Cross County stores — then to Outlet store
Sneaker outlet to sell sneakers park at Sneaker mania Cross
7 years Ago.

③

"First Touch" - Affordable store expectations
          - Kiosh in front of Macy's
          - Rhode Island - Landlord Accommodations
            from land lord to RI

David (Both) → 120 sq un feet
          - Surviving but market is slow - A little
            Profit

"Pizzia Mania" - owner - Morox, Landlord - that was
10 to 12 years Ago     his pizzia store. Employees stole
$25,000k to purchase     money. Pizzia Mania 1/2 to
                        Pay out of Proceeds
                        Close to 2 years to pay off.

Money orders

    Pay is Advance a money orders
    - High turnover
    - Purchase orders - limit was $3 000 Postal
                          money order
  → Dynasty    > Cash a money order
    First Touch

Cash Income - pizzia cash only
          → Credit cards at all store

Business  Last 2 years

All Cashs deposited ——→

Cash to many orders →

Salary in Cash

Actual — 2003, 2004, 2005,
        Directed by Elia to managers daily she

Daily Cash pick up
        Cash paid to Elia Salary + Cash many ods.
        100,000 to 140,000 in Salary fr year.
2002 - $50,000 , Her told Accountant $80,000

"Centa for Safety"

Driving School — Payroll Company $50,000 - 52,000 salary
        Regulated by DmV — No more Income.
    →Small Accountant Payroll
    (file-1099 Not filed
    (→ $14,000 ens — $250,000
                        Note from seller - 3 years

2002 — Smash Mania + Pizzas Income Not Reported.

Cash — Pizzas Mania + Smash Man
    2000,        (2002) 2003 NOT Fil
                        2004 NOT Fil

Feb 2004 = to present All is Accountant for.

Steady MANIA → Corp

After search warrant - more checks then money orders,

David - hardly finished high school
— married — Not Approved wife

David & Elia — Agreeded to split profits with david
After expenses.

40,000 →
50,000

Pizzia MANIA — W-2 Wages — David - PAYroll
— Cash — from first Touch
$10,000 → 2000, 2001, 2002  70,000 -
→10,000 ②
AN employee First TorsQ →10,000 ①
N employee Pizzia MANIA ②

Elia — 2001  No Steakmania  Driving school & Pizzia MANIA

| 99 - 2000 |
| No Steakmania |

2002 — No Steakmania

Elia Wife was working at driving school.

1999 — 2002 - No W-2 - Steakmania
2003 - W-2 - April 15, 2004 — W-2 Steakmania

Accountant  Steakmania  No Money orders
— No Cash Only Cash
— No CASH PAYroll —
Elia - "Mistake by Accountant" - Not supplied by
Elia to accountant

Elia - told Accountant — pizzia Malia —
                              Union School —

Gross Sales — Accountant —
Cost of Good Sold — Accountant
Salaries — Elia — supplied by Elia

Physical educator — marais college —

Assets — in other peoples names
    — Samy's Account — mothers money —
    — Sammy Represents mom's money
    12 years Ago — help Sami Set up
    Accout, Power of Attorney — Deposit + Withdrawl
                                    Money —

Loans from family — Loans in cash
                    Mother — gave to family member  to
                    Heri → $100,000 estimate
    Schwab accout — Stock purchase
    Fidelity Account —
    Shomo Rasabi — ½ million dollars.
    Gladman
Sammy  4 Times Since


        — Money From Israel —

Elia    Noticed mom was not on Return + said nothing

Property — White Plans 1999 ——— 94 Handng —
84 Walla 50% own
2 property 215 Battle Ave 100

50% 1/2 Bartial — 38 Orchard Street, Ny, ny
Mashem ——→ Yassobof

Given to Wife As Divorce Agreemt — 215 Battle Ave 200,00 $800,00
mtg
96 Handng Ave
— 800,000

Financial Statemt — 260-270 k mate

84 Walla —
200k — prevous owng
Tq M Joseph — Israel — 95 Handng 50% owng
Walla

Saved through te years —

32 Cedar Cop — Knows Sammy
(Last 2 years) 800 A month →checks
Personal Account —

Rounded Information

Jewelry — Custom Jewelry + Accessories
                                Belt, hat, toys

10 Block Radius — Cash only business
                — Volume discounts

Daily Sales — Retail + wholesale.

(1) Broadway — 2 Floors — Ening Plaza
              13-14 employee's
              4 Girls Cashiers + 1 manager
              Store Receipt + volume discounts on receipt
              Credit Cards —
   $300 — $500 A typical purchase

(2) 20 + 30's + Broadway — — Street Vendors
                        — Hand Written Receipts

        David does most of sales

Has $10,000 → Never Purchased Over $10,000 from
"Ening's plaza"

Davids Affont Cana Oppehienn ~7.~7

Rasati — Cyded Fwcirg —
Structing depostu — into SAmimi —/fec. Brother,

12/9/05
    1973 - Queens College - Y.K. war Return to
israel - Adelphi Univ - Scholarship
Security at Airport
    Started Maternity Store Queens
with Partner ISRAEL BAREL - he went
back to ISRAEL
    Opened Second Store in Bronx.
15 STORES - 'EXPECTATIONS'
Closed all Stores Change a market
    IN mall opened Electronics Store
Changed to Clothing Store
    Bought Sneaker Store in Cross County
Mall Cost $15,000 in Chudy inventory

    Changed on $ labor worn

    Few years ago took over Photo Store
From mall operator.
    Sold Photo Store

    opened Outlet in White Plains
to Sell excess merchandise
    moved 2 years ago
    Part of Sneaker mania
Dynasty was Part of this Corp.

SPORT STOP replaced Cross County Mall
Seperate corp.

Final Touch offr while Expatation
was still operating good deal from
Manufactuer. Custom Jewelry

Pizza Store with help of owner of
mall - Mr. Marks paid off from proceeds
Sent checks with Proceeds

STARTED with money orders because the
Suppliers were not willing give him
a line of Credit

Till two years ago
Told acct he took Salary in
Cash

March 6, 2006

11:00 Am to

Greg Pultere
Jared Schasst
EliA, subject
Sar Incrigueo
Al Petabress.

Pasta
Knock off

Costure Jewlry — Louie Veture — Fake $30 sold for $60

Contract Number —

① 1225 Broadway / Between 29 – 30ᵗʰ street ( 400 sq feet )
                                                        500 to 1000 Bag
All Floors  — line going into building
           — Peddler + foreigner
           — Elevator / Washing
           — Took stains

4ᵗʰ Floor
  to 5ᵗʰ Floor → Room 512  6ᵗʰ Floor — 2 kids 6yr + 6in
                Buy machudise
                sent UPS if wanted
        Per Cand → All Brands
Wallace – 347 – 387 – 1525
        All Kid & Ladies bags – scarves – shoes
            Wallet – Hats + more
          whole sale + Retail

220 Broadway  7ᵗʰ Floor — Same build        source of Bad stuff
Nike shoes    DeJlo  – 917 –         ① – Zaninis Bakery
Timberland            800 – 3444          Employee

        Cabinet Person            ② Girl At Driving school

China town

Ties + hats in front of 347
347 Canal Street - 2nd Floor -
↗
     Mixed hat place was a don
          Don upstairs - fake goods → Men + Lady

     hats              → Showroom
     Louie Vuitton Bags

People in street with Catalogs -

     Distribution 321 Washington street
     Center  hoboken, NJ - ☆ Thailand
          6/2005            Nikes Shoes

Place in china that makes the items -

WWW. CNXZ. CN  China Shoes

Guangzhou General Trading Company
     Alex Zhang
     1201-321-5432
     201-321-5432

     WWW.general trading CN.com   - 321 Washington street
                                         Hoboken, NJ
Lucky Nike Trading CO., Ltd.

③

__Fake Jewelry__

Silver Inc.
1182 Broadway , NY, NY    28 + 29 Street
Gucci Jewelry                          No Name,
Slon
Costive Jewelry —
Playboy Kirch ot
            212 · 532 - 4306
    Fax 212  689 - 2729

4/18/06
10:30 Am - 10:40 - Fire drill
11:00 An ——

Cindy Dowd                    Janked sheet
Al Defob                                        Accotant
Sal Mescejncow                              Accoutant
Greg Pulone
Heria Elia

6 Company        8300 form  Fnkret  F.6 - Felony
Foo mong orders
Nike - stopped

Payroll Scheme — Stoled money —

    Payroll Savices — 941 Generated

    Produket 941 — Gives enployee

Fom 8300
Addis —

Timberland

Elia — Payruts with Cover sheet
        mroy odr - Accout#, Sale of Paymn
        List of Ablone
    mo  — moey adrs
    Check

Nike — Copy of money aders
        No Pay in 30 Days  Nike stops shipping
    Call if problem Arrives

②

Nike stopped taking many orders. Kant Lend more

Nike — Out of hand many orders —

① Nike →

② JAY Geduth — Accountant

Fraud detection Program —

Behind KAZ — Account