UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA

       v.                                  07 Cr. 543 (KMK)

YEHEZKEL ELIA and
DAVID ELYAHO                      **DECLARATION OF**
                                       **JARED J. SCHARF**

                      Defendants.

------------------------------------------------------x

       JARED J. SCHARF, being duly sworn, declares under penalties of perjury,

pursuant to 28 U.S.C. 1746, that the following is true and correct:

       1.  I am the attorney for defendant Yehezkel Elia.  I make this

Declaration in support of defendant Elia's motion for an Order precluding certain

evidence and arguments.

       2.  Attached hereto as Exhibit A is a copy of my letter to Assistant United

States Attorney Cynthia Dunne, dated May 7, 2008.

       3.  Attached hereto as Exhibit B is a copy of my letter to Ms. Dunne, dated May

13, 2008.

       4.  Attached hereto as Exhibit C is a copy of Ms. Dunne's letter to me, dated May

15, 2008.

       5.  Attached hereto as Exhibit D is a copy of an I.R.S. Form W7-P (Application

for Preparer Tax Identification Number).

       6.  Attached hereto as Exhibit E is an excerpt from the transcript of proceedings

in *United States* v. *Josephberg*, S.D.N.Y. S04 Cr. 1002 (CLB).

7.   Attached hereto as Exhibit F is a copy of defendant Yehezkel Elia's Petition for Relief From The Seizure, dated August 17, 2001, which we received from the government.

Jared J. Scharf

Dated:  White Plains, New York
          May 23, 2008

****** **EXHIBIT A** ******

# JARED J. SCHARF
### ATTORNEY AT LAW
1025 WESTCHESTER AVENUE • SUITE 305
WHITE PLAINS, NEW YORK 10604
(914) 682-9777

JARED J. SCHARF

ADAM L. SCHARF *

*NY, NJ BARS

May 7, 2008

VIA FACSIMILE (993-1980)
and FIRST CLASS MAIL

Cynthia Dunne
Assistant United States Attorney
United States Attorney's Office
300 Quarropas Street
White Plains, New York 10601

     *Re:*    *United States v. Yehezkel Elia*

Dear Ms. Dunne:

    Thank you for the discovery you have provided to date.

    In addition, could you please provide us the following additional items:

1. Results of tax examinations of tax returns prepared by Paul H. Lenok, preparer SSN 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.
2. Results of criminal investigations of taxpayers whose tax returns were prepared by Paul H. Lenok, including but not limited to special agent's reports..
3. All information, including but not limited to "returns" and "return information" and "taxpayer return information" (as defined in I.R.C. Section 6103(b)), and including but not limited to investigations and background checks, in the possession of the United States 1/ pertaining to potential jurors and members of the jury panel for the week of June 9.

---

1/ "Possession of the United States" includes the United States Attorney's Office for the Southern District of New York, as well as any agent of the Internal Revenue Service and any other person working with the United States Attorney who possesses such information for purposes of this trial.

Cynthia K. Dunne, Esq.
May 7, 2008          Page 2

   4.  Contact information for former Special Agent Herbert Eis.

   5.  Special Agent's Reports and supporting evidence pertaining to Paul H. Lenok.

   6.  Notes of interviews, memoranda of interviews, written communications to and
       from and in behalf of Paul Lenok, concerning any taxpayer, including but not
       limited to Yehezkel Elia.

Thank you for your cooperation.

                                        Very truly yours,

                                        Jared J. Scharf

cc:  Joseph A. Vita, Esq.

****** **EXHIBIT B** ******

# JARED J. SCHARF
### ATTORNEY AT LAW
1025 WESTCHESTER AVENUE • SUITE 305
WHITE PLAINS, NEW YORK 10604
(914) 682-9777

JARED J. SCHARF
_____

ADAM L. SCHARF *

*NY , NJ BARS

May 13, 2008

VIA FACSIMILE (993-1980)
and FIRST CLASS MAIL

Cynthia Dunne
Assistant United States Attorney
United States Attorney's Office
300 Quarropas Street
White Plains, New York 10601

Re:    United States v. Yehezkel Elia

Dear Ms. Dunne:

In addition to the items we requested last week, we respectfully request that you also provide us the following items:

1.  The cell phone number or numbers for Harjrij Zherka, known as "Lily" during the period 1999-2003.  We believe that Lily embezzled funds from Sneaker Mania, Inc. by writing checks on the Sneaker Mania checking account payable to various accomplices and by sharing the proceeds with the accomplices.  She used the rubber stamp signature for Yehezkel Elia.  We would like her cell phone number in order to establish that Lily had a connection with these various accomplices.

2.  I am informed that the compact disc you provided us is in "Tiff" format.  If you have the data in Excel format, we would appreciate that.  If not, please provide it in PDF.

Yesterday, we discussed the effort required by the government to comply with our request for I.R.S. data concerning Paul Lenok.  We believe that the I.R.S.'s requirement that paid preparers use an ID number implies that the I.R.S. maintains a file on paid preparers and that the information we requested may be located in that file.  If that is true, the effort you described may be avoided.  Accordingly, we renew that request.  As I explained, the relevance of the se requests to the defense is that the information is needed to reply to a potential argument by the

Cynthia K. Dunne, Esq.
May 13, 2008          Page 2


government that the defense could have located and presented evidence that Lenok was negligent or that he acted fraudulently in the preparation of other taxpayers' tax returns prepared by Lenok. As I stated, AUSA Stanley J. Okula made such an argument in the government's rebuttal summation in United States v. Josephberg last year. I enclose the relevant portion of the Josephberg transcript.

       Thank you very much.

                             Very truly yours,


                             Jared J. Scharf



enclosure

cc: Joseph A. Vita, Esq.

****** **EXHIBIT C** ******



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 15, 2008

**BY FAX**

Jared Scharf, Esq.
1025 Westchester Avenue, Suite 305
White Plains, New York 10604

                    **Re: US v Elia and Elyaho**
                        07 Cr 543 (KMK)

Dear Mr. Scharf:

     This letter responds to your various recent discovery requests.

**Paul Lenok**

     This Office has attempted to determine if there is any information relevant to your request for information pertaining to dead accountant and tax preparer Paul Lenok and his clients (requests 1, 2, 5 and 6 of your May 7 letter).  I have been advised that the IRS only maintains computerized preparer information for three years and that it does not cross-reference its audits, correspondence or witness interviews by tax preparer. In addition, retrieval of Lenok's records is further complicated because apparently he did not file returns using his tax preparer identification number.  Accordingly, retrieval and review of Lenok's client documents -- that may or may not have responsive information -- could take weeks and possibly longer.  Since neither the dead accountant nor his other clients are on trial and since Lenok, obviously, will not be testifying, we believe that any such information would not be relevant.  Accordingly, absent a court order, the IRS will not be retrieving and reviewing the transcripts and underlying tax records of the 700 individual and corporate taxpayers whose tax returns were prepared by Lenok.  If you believe that Mr. Lenok authored correspondence that is relevant to your defense or that he engaged in conduct that is material to your defense, then I suggest that you contact his other clients and/or subpoena his files from his representatives.

## Juror Tax Return Information

This Office will not be providing you with tax return information pertaining to potential jurors.  If you have specific questions about a juror's potential bias, then those questions should be included in a proposed voir dire.  As you well know, defendants were once entitled to an indication (simply a "yes" or "no") whether prospective jurors had been the subject of an audit or tax investigation (through the former version of 26 U.S.C. Section 6103(h)(5)), but they no longer are, by virtue of the Taxpayer Relief Act of 1997 (P.L. 105-34, effective August 1997), which deleted that provision.

## Former Special Agent Herbert Eis

You have requested contact information for former Special Agent Herbert Eis.  We have contacted Mr. Eis and he has not authorized us to provide you with his personal contact information.  If you are looking for Mr. Eis in order to serve a trial subpoena, then we may be able to assist you by arranging for him to receive a subpoena, however, as you know Mr. Eis no longer works for the Internal Revenue Service.  Please provide us with further information so that we can determine if we can assist you.

## Ms. Zherka

We will not be providing you with personal information regarding Ms. Zherka.  If you provide us with specific instances of alleged theft and/or embezzlement, then we will investigate the matter, however, without cause shown, we will not facilitate a fishing expedition into the details of her personal life.

## Government Exhibits

Before sending out the Government Exhibits for scanning I offered you and Mr. Vita with the choice of having the documents in either "pdf" or "tiff" format.  In addition, before sending the exhibits out, I confirmed with both you that you would accept

the exhibits in "tiff" format.  Accordingly, if at this point you
would like to have the documents converted into another format,
then you should have your client arrange for such.


                         Very truly yours,

                         MICHAEL J. GARCIA
                         United States Attorney

                    By: _Cynthia K. Dunne_

                         CYNTHIA K. DUNNE
                         SEETHA RAMACHANDRAN
                         Assistant United States Attorneys
                         (914) 993-1913


Enclosure

cc: Joseph A. Vita, Esq. (by fax)

**\*\*\*\*\*\*  EXHIBIT D  \*\*\*\*\*\***

Form **W-7P**
(Rev. August 2007)
Department of the Treasury
Internal Revenue Service

## Application for Preparer Tax Identification Number

| **1 Name** (Type or print) | Last name | First name | Middle name/Initial |
|---|---|---|---|

**2 Address (residence)**

Street address. Use a P.O. box number only if the post office does not deliver mail to your street address.

☐ Check here if address is new

City or town, state/province, and, if outside the U.S., country. Include ZIP or postal code where appropriate. Do not abbreviate name of country.

**3 SSN and Date of Birth**

SSN ☐☐☐ - ☐☐ - ☐☐☐☐

Date of birth (month, day, year)
/    /

### Sign Here

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete. Further, I certify that I will use my preparer tax identification number only to identify myself on returns or claims for refund that I prepare for compensation.

Your signature ▶

Date (month, day, year)
MM   DD   YYYY
/    /

Phone number
(    )

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of form.** Use this form to apply for a preparer tax identification number (PTIN) **only** if you are a paid tax return preparer and you do not want to disclose your social security number (SSN) on returns you prepare. If you use a PTIN, you will meet the requirement under section 6109(a)(4) of furnishing your identifying number on returns you prepare. The PTIN cannot be used in place of the employer identification number (EIN) of the tax preparation firm.

**Note.** You are not required to get a PTIN. If you prefer, you may continue to use your SSN on tax returns you prepare. However, you must use either an SSN or PTIN on returns you are paid to prepare. Do not write "PTIN applied for" in the *Paid Preparer's Use Only* section of the return. Certain states and localities may not accept the PTIN as satisfying a requirement for a preparer identification number on their tax returns.

### How To Apply

- **Online.** Request a PTIN online at www.irs.gov. Click on *Tax Professionals* then on the link for e-services. Once you have registered, follow the online instructions to have a PTIN assigned.

- **By mail.** Complete Form W-7P and send it to:

  Internal Revenue Service
  P.O. Box 9003
  Holtsville, NY 11742-9003

- **By fax.** Complete Form W-7P and fax it to 1-631-687-3850.

  Regardless of how you applied, you will receive your PTIN by mail only. If you have not heard from the IRS within 6 weeks after applying for your number, you may call 1-800-829-1040 to check on the status of your application.

**Privacy Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Section 3710 of the Internal Revenue Service Restructuring and Reform Act of 1998 allows the use of a PTIN. If you request a PTIN, you must give us the information requested on this form; we need it to properly respond to your request. Under section 6109, you must provide your social security number on Form W-7P. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and to cities, states and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. If you do not provide all of the requested information, we may be unable to process your request.

Cat. No. 26781M          Form **W-7P** (Rev. 8-2007)

♻ *Printed on recycled paper*

****** **EXHIBIT E** ******

2101

074HJOSmsT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        v.                          S2 04 Cr. 1002(CLB)

RICHARD JOSEPHBERG,

         Defendant.

------------------------------x

                           White Plains, N.Y.
                           April 17, 2007
                           9:45 a.m.

Before:

           THE HONORABLE  CHARLES L. BRIEANT,

                        District Judge

                APPEARANCES

MICHAEL J. GARCIA
      United States Attorney for the
      Southern District of New York
STANLEY J. OKULA, JR.
      Assistant United States Attorney
             and
      DEPARTMENT OF JUSTICE TAX DIVISION
ANDREW J. KAMEROS
      Trial Attorney


JARED J. SCHARF
ADAM SCHARF
      Attorneys for Defendant

RICONDA & GARNETT
      Attorneys for Defendant
MICHAEL T. SULLIVAN

A-702

074HJOSms                                   Rebuttal Summation - Mr. Okula

1    motive was? "I just wanted to help the guy out. I was stupid.

2    I made a mistake. I knew the net operating losses were wrong.

3    I didn't think we would get caught. But I did it. I did it,

4    anyway."

5            Usually, in cases where you have cooperating

6    witnesses, you have defense lawyers beating them up because

7    they admit so many other crimes that we're up here defending

8    them by saying: "Forget the other crimes here. What else did

9    he do?"

10           They had a chance to go out and look to see if he did

11   anything wrong with anyone else's return. You didn't see

12   anything else. The other thing that he got in trouble with --

13   and it was all cleared up -- was the thing with his own return,

14   where the IRS made a mistake.

15           So what were Fox's motives? You saw him testify.

16   He's a pretty strong-willed guy. You think we cowed him into

17   pleading guilty? That's a pretty powerful charge by

18   Mr. Sullivan and Mr. Scharf. What they're saying, in essence,

19   is that we suborned perjury, that we would knowingly put

20   somebody on the stand to lie to frame Richard Josephberg? I

21   mean, who is Richard Josephberg? Is he Leona Helmsley? Am I

22   going to get my name on the front page of the Law Journal or

23   The New York Times if he gets convicted? Am I going to throw

24   away a 17-year career in the Justice Department just to get

25   another tax evader? That's what they want you to believe.

MARY M. STATEN, CSR, RPR, RMR
914 390-4027

****** **EXHIBIT F** ******

## Yehezkel Israel Elia

### 148 Mamaroneck Avenue
### White Plains, NY 10601
### (914) 946 - 5200


### PETITON FOR RELIEF FROM THE SEIZURE

August 17, 2001

U.S. Customs Service
Director, Fines, Penalties & Forfeitures
Building 77, Room 200
JFK Airport
Jamaica, NY 11430

Dear Director,

I am requesting relief from the forfeiture of my $42,000, based on the following.

In 1993 and 1994, when I was experiencing business difficulties, my mother lent me $100,000. My mother, a citizen and resident of the State of Israel, keeps her savings in United States currency due to the political and economic climate in Israel. She advanced me the money in United States currency as explained in the accompanying affidavit. This affidavit was prepared for and submitted to the Internal Revenue Service during an examination of my 1994 tax return.

In January of this year my mother informed me that my brother, Yoel, was experiencing severe financial hardships. She requested that I repay all or part of the money she lent me several years ago so that she could lend it to my brother. She requested that the money be returned in U.S. currency. I immediately began to accumulate all the funds I could in order to repay my mother.

I was able to accumulate the money through two ways. A residential building that I own was recently fully occupied and gave me cash flow of approximately $3,500 a month or $25,000 over the seven month period. I informed my mother that in my annual visit to her I would bring $25,000. My mother was dismayed and told me that my brother was at risk of losing his home if she couldn't give him $50,000. I then took whatever funds I could from my driving school, Center for Safety, as an advance.

I object to the U.S. Customs Service taking my money based on the fact that prior to my arrival to the airport I was unaware of the reporting requirement for taking $10,000 in U.S. currency out of the United States. When the officer from

64213

CASE 7:07-cr-00543-KMK    Document 41-2    Filed 06/02/2008    Page 20 of 21

U.S. Customs Service                                      Page 2
August 17, 2001

the U.S. Customs service approached me and had me sign the form saying I was
carrying less than $10,000 in U.S. currency, I was flustered. I was worried about
missing my flight. I thought that if I told the officer that I was carrying $44,000 in
U.S. currency, he would detain me and cause me to miss my flight. I had no one
to leave the money with. I foolishly thought that if I signed the form,
, I would not miss my flight.

I would like to point out that I did not try to hide the money but I carried the
money in my carryon bag. I was travelling to Israel, where due to tight security
measures, it is guaranteed that hand luggage will be examined. I believe this
shows that it was not my intent to break any law.

Based on the above facts and my sincere promise that I will never take an
amount greater than $10,000 in U.S. currency out of this country, I respectfully
request that my money be returned to me. It is also very important that the
money be returned to me as soon as possible. My brother had promised his
creditor payment in July. As soon as the U.S. Customs Service releases my
money, I will wire transfer the funds to my mother in Israel.

Respectfully submitted,

Yehezkel Israel Elia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

        v.                        07 Cr. 543 (KMK)

YEHEZKEL ELIA and             **AFFIDAVIT OF SERVICE**
DAVID ELYAHO,

                    Defendants.
-------------------------------------------------------x

STATE OF NEW YORK         )
COUNTY OF WESTCHESTER    ) ss:

      CHRISTINA A. OGANDO, being duly sworn, deposes and says:

      1. I am not a party to this action and I am over the age of 18.

      2. On May 22, 2008, I served a true copy of the Motion in Limine in behalf of defendant

Yehezkel Elia, together accompanying Declaration of Jared J. Scharf and annexed exhibits, and

the supporting Memorandum of Law, by Federal Express overnight delivery to the following

persons at the following addresses:

               Cynthia Dunne
               Assistant United States Attorney
               United States Attorney's Office
               300 Quarropas Street
               White Plains, New York 10601


               Joseph A. Vita, Esq.
               327 Irving Avenue
               Port Chester, New York 10573

                                               CHRISTINA A. OGANDO

Sworn to before me on this
22nd day of May, 2008

_Katherine Simicevic_
Notary Public

KATHERINE SIMICEVIC
Notary Public, State of New York
No. 4956357
Qualified in Westchester County
Commission Expires September 18, 2009