**JOSEPH A. VITA**
**ATTORNEY AT LAW**

327 Irving Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-690-2007

June 2, 2008

VIA ECF

Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:    **USA v. Yehezkel Elia & David Elyaho**
       **docket no. 07 Cr. 543 (CLB)**

Dear Judge Karas:

      Defendant, David Elyaho, has no Voir Dire questions and relies upon the Court's usual Voir Dire questions for cases of this type. Defendant is submitting the enclosed Request to Charge which addresses a limited issue, for consideration by the Court. Subject to the Court's ruling on the pending in limine motions, and/or events in the course of the trial, if the need arises defendant will seek leave to submit additional Requests to Charge for the Court's consideration.


Respectfully submitted,


Joseph A. Vita

cc:    Cynthis K. Dunne, Esq.
       Jared J. Scharf, Esq.